# UNITED STATES DISTRICT COURT

for the

District of

**Appendix D**

Terrance Turner

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Deutsche Bank

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:20-CV-68
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED '20 02 19 PM12:44 USDC-MAC

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 108 Orchard Lane |
| City and County | Centerville |
| State and Zip Code | GA 31028 |
| Telephone Number | 954-641-2616 |
| E-mail Address | TurnerT@gmail.com |

#### B. The Defendant(s)

erance Turner - "Pro Se" - Complaint
)8 Orchard Lane
enterville, GA 31028
)54)641-2616
urnerT@GMail.com

S. District Court
erk's Office
'5 Mulberry Street, Suit 216
'78) 752-3497

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Deutsche Bank
Job or Title (if known): 60 Wall Street
Street Address: New York City
City and County: New York 10005
State and Zip Code: 212-250-2500
Telephone Number: robert.j.dibble@db.com
E-mail Address (if known):

Defendant No. 2

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Deutsche Bank
Street Address: 60 Wall Street
City and County: New York City, New York 10005

erance Turner - "Pro Se" - Complaint
)8 Orchard Lane
enterville, GA 31028
(54)641-2616
urnerT@GMail.com

S. District Court
erk's Office
'5 Mulberry Street, Suit 216
78) 752-3497

State and Zip Code

Telephone Number

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

See attached document for descriptions Federal Law Violations - "Facts Of My Case"

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

erance Turner - "Pro Se" - Complaint
)8 Orchard Lane
enterville, GA 31028
54)641-2616
urnerT@GMail.com

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

S. District Court
erk's Office
'5 Mulberry Street, Suit 216
78) 752-3497

 Failure to hire me.

- [x] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: See attached document for Other Acts - "Facts Of My Case"

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

July 17th 2015 and perpetually onward in various severe ways

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [x] gender/sex
- [ ] religion
- [ ] national origin
- [x] age *(year of birth)* 1982 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See attached document for other descriptions - "Facts Of My Case"

[T]errance Turner - "Pro Se" - Complaint
[1]08 Orchard Lane
[C]enterville, GA 31028
[(9]54)641-2616
[Tu]rnerT@GMail.com

[U].S. District Court
[Cl]erk's Office
[4]75 Mulberry Street, Suit 216
[(4]78) 752-3497

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* The original charge was filed in May 2016, has been refiled three more times due to unnatural cancellation due to pay-offs and interference by Deutsche Bank, the resident-charge is listed with a year of filing representing 2017, but that is not indicative of the original previous filing attempts

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

 issued a Notice of Right to Sue letter. which I received on *(date)* 6 Februrary 2020 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

 60 days or more have elapsed. [It has been more than three years since the original filing date]

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Summary of $200,000,000 - See Additional attached document - "Letter to Executives Deutsche Bank"

erance Turner - "Pro Se" - Complaint
)8 Orchard Lane
enterville, GA 31028
)54)641-2616
urnerT@GMail.com

.S. District Court
lerk's Office
75 Mulberry Street, Suit 216
l78) 752-3497

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 17 February 2020

Signature of Plaintiff

Printed Name of Plaintiff Terrance Turner

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

erance Turner - "Pro Se" - Complaint
)8 Orchard Lane
enterville, GA 31028
54)641-2616
urnerT@GMail.com

S. District Court
erk's Office
'5 Mulberry Street, Suit 216
78) 752-3497